ACCEPTED
12-14-00295-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/7/2015 3:35:26 PM
CATHY LUSK
CLERK

## NO. 12-14-00295-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0615

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 3:35:26 PM
CATHY S. LUSK
CLERK

| | | |
|---|---|---|
| **SHADONDRA JENKINS** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Shadondra Jenkins, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 159th District Court of Angelina County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Shadondra Jenkins, and numbered 2013-0615.

3.      Appellant was convicted of two counts of Injury to a Child.

4.      Appellant was assessed a sentence of One hundred and fourteen months Texas Department of Criminal Justice Institutional Division on October 2, 2014.

5.      Notice of appeal was given on October 9, 2014.

6.      The clerk's record was filed on November 4, 2014; the reporter's record

was filed on December 9, 2014.

7.    The appellate brief is presently due on January 8, 2014.

8.    Appellant requests an extension of time of thirty (30) days from the present date, i.e. January 8, 2015.

9.    No extensions to file the brief have been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

In addition to the holiday schedule, Counsel for appellant has been court appointed on three pending appeals, which includes the above captioned brief in Angelina County and one appeal pending in Trinity County and requests additional time to complete his review of the records and prepare the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that the staff of the undersigned conferred with opposing counsel who indicated that she does not oppose this motion.

*/s/John D. Reeves*

_____

John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's First Motion to Extend Time to file Appellant's Brief on this 7[h] day of January, 2015 forwarded to State's Attorney, April Ayers-Perez, Assistant District Attorney, Angelina County, by electronic service at aperez@angelinacounty.net.


*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Shadondra Jenkins